UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CANDY PATTI,                                                                 No.:

      Plaintiff,

v.

CAVALRY PORTFOLIO
SERVICES, LLC,

      Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, Cavalry Portfolio Services, LLC ("Cavalry"), by and through its undersigned counsel, submits this Notice of Removal pursuant to 28 U.S.C. § 1331, 1441(a) and 1446. As grounds for this removal, Cavalry represents as follows:

1. On or about June 19, 2021, Plaintiff, Candy Patti ("Plaintiff") filed a civil action complaint against Cavalry in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida bearing case number COCE21035089 and styled as *Candy Patti v. Cavalry Portfolio Services, LLC* (the "State Court Action")

2. A true copy of the State Court Action Docket Report is attached hereto as **Exhibit A**. A true copy of the Complaint is attached hereto as **Exhibit B**.

3. Cavalry was served with the Complaint on or about July 1, 2021.

4. As such, this notice is timely filed with this Court pursuant to 28 U.S.C. § 1446(b).

5. The Complaint seeks, inter alia, damages for injuries allegedly arising from violations of the federal Fair Debt Collection Practices Act (hereinafter referred to as the "FDCPA") 15 U.S.C. § 1692 *et seq*. See **Exhibit B.**

6. The District Courts of the United States have original jurisdiction over the above-entitled action pursuant to 28 U.S.C. § 1331, as it involves a federal question with regards to the alleged violations of the FDCPA, 15 U.S.C. § 1692 *et seq*.

7. Pursuant to 28 U.S.C. § 1441(a), any such civil action brought in a State court may be removed, but only to the district court of the United States for the district and division embracing the place where such action is pending.

8. As required by 28 U.S.C. § 1446(d), Cavalry is providing written notice of the removal of this action to Plaintiff and to the court in the State Court Action contemporaneously with filing this Removal.

9. Pursuant to 28 U.S.C. § 1446(a), attached as **Exhibit B** is an accurate copy of the State Court Action Complaint and attached as **Exhibit C** are all remaining state court documents filed in the State Court Action as of the filing of this Removal.

10. Therefore, Cavalry by this notice seeks removal to the United States District Court for the Southern District of Florida, which embraces the location of the pending Complaint.

11. Furthermore, this Court will have pendent jurisdiction over any other state claims asserted or that may be asserted by the Plaintiff.

WHEREFORE, Defendant, Cavalry Portfolio Services, LLC requests that the State Court Action be removed from state court to this Court, and that this Court assume jurisdiction over the action and determine it on the merits.

Dated: July 21, 2021	Respectfully submitted,

                                  **CAVALRY PORTFOLIO SERVICES, LLC,**

By:    /s/ Christopher P. Hahn
          Christopher P. Hahn, Esq.
          Fla. Bar No. 87577
          MAURICE WUTSCHER LLP
          2255 Glades Road, Suite 324A
          Boca Raton, FL 33431
          Tel: (772) 237-3410
          Fax: (866) 581-9302
          chahn@MauriceWutscher.com
          litigation@MauriceWutscher.com

**Certificate of Service**

I, Christopher P. Hahn, an attorney, hereby certify that on **July 21, 2021**, service of a true and correct copy of this document and any referenced exhibits was accomplished by regular first class mail to the following:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th St., Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Attorneys for Plaintiff*

                                  /s/ Christopher P. Hahn