# EXHIBIT B

Query   Reports   Utilities   Help   Log Out

ACO,FDCPA

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:21-cv-02428-JS-JMW

| | |
|---|---|
| Ciccone v. Cavalry Portfolio Services, LLC et. al. | Date Filed: 04/30/2021 |
| Assigned to: Judge Joanna Seybert | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge James M. Wicks | Nature of Suit: 480 Consumer Credit |
| Cause: 15:1692 Fair Debt Collection Act | Jurisdiction: Federal Question |

**Plaintiff**

**Joseph Ciccone**
*individually and on behalf of all others similarly situated*

represented by **David M. Barshay**
Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road
Suite Cl18
Melville, NY 11747
631-210-7272
Fax: 516-706-5055
Email: dbarshay@brlfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cavalry Portfolio Services, LLC**

represented by **Donald S. Maurice , Jr.**
Maurice Wutscher LLP
5 Walter Foran Blvd
Flemington, NJ 08822
908-237-4570
Email: dmaurice@mauricewutscher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas R Dominczyk**
Maurice Wutscher LLP
5 Walter Foran Blvd
Suite 2007
Flemington, NJ 08822
908-237-4550
Fax: 908-237-4551
Email: tdominczyk@mauricewutscher.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cavalry SPV I, LLC**

represented by **Donald S. Maurice , Jr.**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Thomas R Dominczyk**
(See above for address)
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2021 | 1 | COMPLAINT against Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC filing fee $ 402, receipt number ANYEDC-14429014 Was the Disclosure Statement on Civil Cover Sheet completed - No,, filed by Joseph Ciccone. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet, # 3 Proposed Summons, # 4 Proposed Summons) (Barshay, David) Modified on 5/4/2021 (Flanagan, Doreen). (Entered: 04/30/2021) |
| 05/04/2021 | | This attorney case opening filing has been checked for quality control. (Flanagan, Doreen) (Entered: 05/04/2021) |
| 05/04/2021 | | Case Assigned to Judge Joanna Seybert and Magistrate Judge A. Kathleen Tomlinson. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Flanagan, Doreen) (Entered: 05/04/2021) |
| 05/04/2021 | 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Flanagan, Doreen) (Entered: 05/04/2021) |
| 05/04/2021 | 3 | Summons Issued as to Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC. (Attachments: # 1 Summons-Cavalry SPV I, LLC) (Flanagan, Doreen) (Entered: 05/04/2021) |
| 05/06/2021 | 4 | NOTICE of Appearance by Donald S. Maurice, Jr on behalf of Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC (aty to be noticed) (Maurice, Donald) (Entered: 05/06/2021) |
| 05/06/2021 | 5 | AMENDED COMPLAINT against Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC, filed by Joseph Ciccone. (Barshay, David) (Entered: 05/06/2021) |
| 05/06/2021 | 6 | Corporate Disclosure Statement by Cavalry Portfolio Services, LLC (Maurice, Donald) (Entered: 05/06/2021) |
| 05/06/2021 | 7 | Corporate Disclosure Statement by Cavalry SPV I, LLC (Maurice, Donald) (Entered: 05/06/2021) |
| 05/06/2021 | 8 | Joint MOTION to Appoint Counsel by Joseph Ciccone. (Attachments: # 1 Declaration Declaration of David M. Barshay, # 2 Memorandum in Support) (Barshay, David) (Entered: 05/06/2021) |
| 05/18/2021 | 9 | Notice of Related Case: **The Civil Cover Sheet filed in 21cv2759 indicates a related case.** (Rodin, Deanna) (Entered: 05/18/2021) |
| 06/03/2021 | | Case reassigned to Magistrate Judge James M. Wicks. Magistrate Judge A. Kathleen Tomlinson no longer assigned to the case. Please download and review the Individual |

| | | |
|---|---|---|
| | | Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Florio, Lisa) (Entered: 06/03/2021) |
| 07/01/2021 | 10 | Letter MOTION for Extension of Time to File Answer re 1 Complaint, 5 Amended Complaint *with consent* by Cavalry Portfolio Services, LLC, Cavalry SPV I, LLC. (Dominczyk, Thomas) (Entered: 07/01/2021) |
| 07/02/2021 | | ORDER granting 10 Motion for Extension of Time to Answer. Application to extend defendant's time to answer is granted and the response to the complaint is due on or before August 5, 2021. So Ordered by Magistrate Judge James M. Wicks on 7/2/2021. (Wicks, James) (Entered: 07/02/2021) |
| 08/05/2021 | 11 | ANSWER to 5 Amended Complaint by All Defendants. (Maurice, Donald) (Entered: 08/05/2021) |
| 08/07/2021 | 12 | SCHEDULING ORDER: An initial conference via Zoom will be held at 4:00 pm on 9/1/2021 before Magistrate Judge James M. Wicks. The Court will email the Zoom invitation closer to the conference date. All counsel must attend. Counsel are directed to complete the attached Discovery Plan Worksheet and electronically file same with the Court no later than 8/25/2021. Should the parties wish to adopt a plan for discovery different from the structure in the discovery worksheet, they may do so only if they file a letter explaining why such a plan is appropriate in this case. So Ordered by Magistrate Judge James M. Wicks on 8/7/2021. (Attachments: # 1 FDCPA Worksheet, # 2 JMW Indiviudal Rules) (Sanders, Scott) (Entered: 08/07/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/18/2021 11:50:08 | | | |
| **PACER Login:** | SMMWPacer2017 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-cv-02428-JS-JMW |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |