UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61485-CIV-SMITH

CANDY PATTI,

    Plaintiff,

v.

CAVALRY PORTFOLIO
SERVICES, LLC,

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

This matter is before the Court *sua sponte*. A review of the Amended Complaint [DE 18] indicates that Plaintiff's claims against Defendant are based, at least in part, on the Eleventh Circuit's decision in *Hunstein v. Preferred Collection & Management Services*, 994 F.3d 1341 (11th Cir. 2021). On October 28, 2021, the Eleventh Circuit *sua sponte* vacated its prior decision and issued a new opinion in *Hunstein v. Preferred Collection & Management Services, Inc.*, 17 F.4th 1016 (11th Cir. 2021). On November 17, 2021, the Eleventh Circuit *sua sponte* vacated the 2021 U.S. App. LEXIS 32325 opinion and ordered that the case be reheard *en banc*. *Hunstein v. Preferred Collection & Mgmt. Servs.*, 17 F.4th 1103 (11th Cir. 2021). Accordingly, it is

**ORDERED** that, no later than <u>December 10, 2021</u>, the parties shall show cause why this case should not be stayed pending the Eleventh Circuit's decision after its *en banc* rehearing in *Hunstein*.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 3rd day of December, 2021.

*[signature]*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record